PROB 35A

**AMENDED**
**Report and Order Terminating Regular Probation/Supervised Release**
**Prior to Original Expiration Date**
**Amended to correct the supervision expiration date.*

**FILED**
October 06, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

# UNITED STATES DISTRICT COURT

FOR THE

## Western District of Texas

UNITED STATES OF AMERICA

v.

WILLIAM CHARLES MCCONNELL

Crim. No. 5:25CR00019

On February 10, 2011, the above name Defendant was sentenced in the above numbered cause for a period of One Hundred and Forty-Four (144) months custody and Ten (10) years supervised release for the offense of Count One: Conspiracy to Manufacture Methamphetamine, a violation of Title 21 U.S.C. § 846 and Count Nine: Possession of a Firearm During a Drug Trafficking Felony, a violation of Title 18 U.S.C. § 924(c)(1). On July 28, 2020, the Defendant was released from federal custody and began service of the term of supervised release which was scheduled to be in effect until July 27, 2030. The Probation Officer now reports that the supervised releasee has complied with the terms and conditions of supervision and is no longer in need of supervision by the United States Probation Office. Therefore, pursuant to Title 18 United States Code § 3583(e)(2), it is recommended that the terms and conditions of supervision be modified and reduced to reflect that he is not subject to the terms and conditions of supervision, except that the he shall not commit a new federal or state offense.

Respectfully submitted,

Sandra Sanchez
SANDRA SANCHEZ
U.S. Probation Officer

## ORDER OF THE DISCHARGE

Pursuant to the above report, it is ordered that the supervised releasee be relieved from supervision by the United States Probation Office and that he be held accountable only for not committing a new federal or state offense during the duration of the term of supervision which remains in effect until **July 27, 2030*.

Dated this 6th day of October, 2026.

United States District Judge